# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-20-00916-PRW |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Shon T. Erwin's Report and Recommendation entered on July 23, 2021. The Court's files reflect that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.[1]

Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report and Recommendation (Dkt. 25) and **AFFIRMS** the Commissioner's decision denying disability benefits. A judgment shall enter accordingly.

**IT IS SO ORDERED** this 11th day of August 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] The Court has also reviewed Magistrate Judge Erwin's Report and Recommendation (Dkt. 25) de novo and agrees with the reasoning and conclusions therein.